WESTCHESTER TRUST COMPANY, as Executor and Trustee under the Will of RICHARD L. CONDON, Deceased, Respondent, v. HELEN W. CONDON et al., Respondents, and HELEN W. CONDON, as Guardian ad Litem of RICHARD W. CONDON, an Infant, Appellant.

*Westchester Trust Co.* v. *Condon,* 158 App. Div. 947, affirmed.
(Argued January 20, 1915; decided February 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 5, 1913, which affirmed a judgment of Special Term construing the will of Richard L. Condon, deceased.

*Charles E. Cooney* for appellant.

*Daniel S. Remsen* for plaintiff, respondent.

*John F. Brennan* for Mary A. Abbot, defendant, respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUISEPPE CINO, Appellant.

(Argued January 21, 1915; decided February 5, 1915.)

APPEAL from a judgment of the Supreme Court, rendered June 29, 1914, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*H. B. Butterfield* and *C. W. Sickmon* for appellant.

*Wesley C. Dudley, District Attorney (Guy B. Moore* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.